United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Avions de Transport Regional G.I.E., Plaintiff, <br><br> v. <br><br> Avian Lineas Aéreas, S.A. and others, Defendants. | Civil Action No. 20-24658-Misc-Scola |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Jonathan Goodman for an order or a report and recommendation on the Plaintiff's motion for order directing garnishee to turn over property for partial satisfaction of final judgment. On July 9, 2021, Judge Goodman issued a report, recommending that the Court grant the motion. (Report & Recommendations, ECF No. 9.) No objections have been filed and the time to object has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendation to be cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 9**) and **grants** the Plaintiff's motion (**ECF No. 7**.) Consistent with Judge Goodman's report, the Garnishee is directed to pay the Plaintiff, by check to Plaintiff's counsel, Janet Rayo, in the amount of $10,201.04. The Garnishee shall be discharged from further liability under the writ of garnishment upon payment.

**Done and ordered** at Miami, Florida, on July 26, 2021.

_____
Robert N. Scola, Jr.
United States District Judge